DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

EDWARDS v. WEST

No. 129P98

Case below: 125 N.C.App. 742

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 May 1998.

EVANS v. TED PARKER HOME SALES

No. 158P98

Case below: 129 N.C.App. 115

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 May 1998.

FERGUSON v. KILLENS

No. 168P98

Case below: 128 N.C.App. 131

Motion by petitioner for temporary stay allowed 24 April 1998.

FRENCH BROAD ELEC. MEM. CORP. v. FARMER

No. 113P98

Case below: 128 N.C.App. 748

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 May 1998.

GLICKMAN v. COMPUTER INTELLIGENCE, INC.

No. 609P97

Case below: 127 N.C.App. 753

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 May 1998.